353 A.2d 33

Rose BRUGNETTI

v.

Harry T. DARNALL and Helen T. Darnall,
his wife, Appellants.

Supreme Court of Pennsylvania.

Argued Jan. 16, 1976.

Decided March 17, 1976.

Higgins, Gorbey, George & DiOrio, William A. George, Media, for appellants.

Paul C. Van Dyke, Media, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed.

Appellants to bear costs.

JONES, C. J., dissents.